# United States District Court

WESTERN DISTRICT OF WASHINGTON

MAXIE A. MOORE

v.

BUREAU OF PRISONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5406RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Respondents' Motion to Dismiss [Dkt. #13] is **GRANTED**. Moore's Complaint/Petition under 28 U.S.C. § 2241 is **DISMISSED**.

A certificate of appealability is not required to appeal the denial of a petition under 28 U.S.C. § 2241. *Forde v. U.S. Parde Comm'n,* 114 F.3d 878, 879 (9th Cir. 1997).

January 11, 2011

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
By, Deputy Clerk